**UNITED STATES of America, Plaintiff–Appellee**

v.

**Herminio VELASQUEZ–LOPEZ, true name Manuel Gilberto Garcia–Morales, Defendant–Appellant.**

No. 15–40444
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Margaret Christina Ling, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Herminio Velasquez–Lopez raises an argument that is foreclosed by *United States v. Martinez–Lugo*, 782 F.3d 198, 204–05 (5th Cir.2015), *cert. denied*, — U.S. —, — S.Ct. —, — L.Ed.2d —, 2015 WL 3867557 (Nov. 30, 2015) (No. 14–10355), in which this court held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior felony conviction of a drug trafficking offense is warranted regardless whether the prior conviction required proof of remuneration or commercial activity. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.